■ In the Matter of the Estate of THOMAS CARVEL, Deceased. PAMELA CARVEL, Appellant; McCARTHY FINGAR, LLP, et al., Respondents. [853 NYS2d 902]—

The issues raised on the appeal are advanced by the appellant in her capacity as executor of the estate of Agnes Carvel. Inasmuch as she no longer retains this status and the successor fiduciary has chosen not to pursue the appeal, we dismiss the appeal. Ritter, J.P., Miller, Dillon and Angiolillo, JJ., concur.